Castello Vinifera Stip accept SOP.stp.wpd

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
VINIFERA IMPORTS LTD.,

     Plaintiff,

 -against-

SOCIETÀ AGRICOLA CASTELLO
ROMITORIO SRL,

     Defendant.
---------------------------------------------------------X

Civil Action No.:

16-CV-00103 (ADS) (ARL)

**STIPULATION ACCEPTING SERVICE OF THE COMPLAINT AND ESTABLISHING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the plaintiff, Vinifera Imports Ltd. ("Plaintiff"), and the attorneys for defendant Società Agricola Castello Romitorio SRL ("Defendant") that Rosenberg & Pittinsky, LLP hereby accepts service of process of Plaintiff's Complaint dated January 8, 2016 (the "Complaint").

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that Defendant's acceptance of service of process is agreed to without the waiver of any of the Defendant's defenses and counterclaims except that the Defendant hereby waives and shall not assert an affirmative defense based upon service of process.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that the time for Defendant to answer, appear, or otherwise respond to the Complaint shall expire forty (40) days from the date that a fully executed copy of this stipulation is filed with the Court;

**IT IS HEREBY FURTHER STIPULATED AND AGREED** a copy of the within stipulation and the signatures hereon shall have the same force and effect as the original thereof.

Dated: February 10, 2016

CABRERA CAMMAROTA PLLC
Attorneys for Plaintiff
Vinifera Imports Ltd.

By: _____
Paolo J. Cammarota, Esq.
1133 Broadway Suite 708
New York, New York 10010
(646) 470-0806
paulo@panlegal.net

ROSENBERG & PITTINSKY, LLP
Attorneys for Defendant
Società Agricola Castello Romitorio SRL

By: _____
Laurence D. Pittinsky, Esq. (LP1472)
232 Madison Avenue, Suite 906
New York, New York 10016
(212) 286–6100
larry@rpllplaw.com

Civil Action No: 16-CV-00103 (ADS) (ARL)
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
========================================================

VINIFERA IMPORTS LTD.,

                            Plaintiff,

   -against-

SOCIETÀ AGRICOLA CASTELLO
ROMITORIO SRL,

                            Defendant.

========================================================

## STIPULATION ACCEPTING SERVICE OF THE COMPLAINT AND ESTABLISHING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

========================================================

### ROSENBERG & PITTINSKY, LLP
**COUNSELORS AT LAW**

*Attorneys for Defendant*
*Office and Post Office Address, Telephone*

### 232 MADISON AVENUE, SUITE 906
### NEW YORK, NEW YORK 10016
### (212) 286-6100

========================================================

| | |
|---|---|
| Service of a copy of the within _____ is hereby admitted and acknowledged.<br><br>Dated:<br><br>_____<br>Attorney(s) for | Signature Pursuant to Section 130-1.1a of the Rules of the Chief Administrator.<br><br>Dated: February ___ 2016, New York, New York<br><br><br>_____<br>Laurence D. Pittinsky/~~Eric Rosenberg~~ |

========================================================

### AFFIRMATION OF SERVICE

_____, an attorney duly admitted to practice law in the State of New York, affirms the following to be true under the penalties of perjury; that I am a(n) _____ of Rosenberg & Pittinsky, LLP; that I am over eighteen years of age, am not a party to this action and reside in _____ County, New York; that on _____, I served a true copy of the within _____ by:

_____ personally delivering same as indicated below:

_____ first class mail by depositing same in a sealed envelope with postage prepaid thereon, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York addressed as indicated below:

_____    _____
(Attorney(s) for                Attorney(s) for

Dated: _____, _____, New York


_____
Laurence D. Pittinsky/~~Eric Rosenberg~~