UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

VINIFERA IMPORTS LTD.,

                           Plaintiff,       **SCHEDULING ORDER**

    -against-       CV 16-103 (ADS) (ARL)

SOCIETA AGRICOLA CASTELLO
ROMITORIO,

                           Defendants.
----------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**
The following pretrial schedule is adopted:

**October 3, 2016:** Deadline for commencement of motion practice for joinder of additional parties or amendment of pleadings.

**December 1, 2016:** All discovery, inclusive of expert discovery, to be concluded.

**December 15, 2016:** Any party planning on making a dispositive motion must take the first step in the motion process by this date or risk forfeiting the right to make such a motion. Parties are directed to consult the district judge's individual rules regarding such motion practice.

**January 11, 2017:** Final conference before the undersigned at **11:30 a.m.** Meaningful settlement discussions will occur at the conference. Clients or other persons with full settlement authority must be available by telephone. Parties are to electronically file a joint proposed pretrial order in compliance with the district judge's individual rules, signed by counsel for each party, prior to the conference.

    This scheduling order will be modified by the Court only upon a timely showing of good cause. Any request for modification of this scheduling order must be in writing, and submitted in accordance with the undersigned's Individual Rule 1 (D).

    All parties are advised that they are under a continuing obligation to keep the Court apprised of any changes in their contact information including, but not limited to, their addresses.

Dated:  Central Islip, New York       **SO ORDERED:**
       June 1, 2016
                                                                  s/
                                                ARLENE ROSARIO LINDSAY
                                                United States Magistrate Judge